**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**SHENVORA GUNN**                                                          **PLAINTIFF**

**v.**                                     **CIVIL ACTION NO. 3:23-cv-263-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                      **DEFENDANT**

**JUDGMENT**

For the reasons given in this Court's Order [15] entered on November 21, 2023, it is hereby ordered and adjudged that the Commissioner's decision is **reversed and remanded**.

SO ORDERED, this the 21st day of November, 2023.

                                               /s/ Jane M. Virden
                                               **UNITED STATES MAGISTRATE JUDGE**